# Third District Court of Appeal

## State of Florida

Opinion filed May 27, 2026.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D26-0579
Lower Tribunal No. F97-28460B

————————————

**Virgil Lee Harris,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Christine Hernandez, Judge.

Virgil Lee Harris, in proper person.

James Uthmeier, Attorney General, for appellee.

Before LOGUE, LINDSEY, and GORDO, JJ.

PER CURIAM.

Affirmed.